AO 442

# United States District Court

for the
**District of Utah**

UNITED STATES OF AMERICA

V.

**Fabian Castillo, et al.**

**SEALED** Case No: 4:24-CR-00085-AMA

**Colorado Case: 24-mj-203-RTG**

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **FABIAN CASTILLO**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Possession of Fentanyl with Intent to Distribute; Possession of Methamphetamine with Intent to Distribute; Possession of Cocaine with Intent to Distribute; Aiding and Abetting; Felon in Possession of a Firearm and Ammunition**

in violation of   **21:841(a)(1); 18:2; 18:922(g)(1)**   United States Code.

Gary P. Serdar
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

October 8, 2024 at Saint George, Utah
Date and Location

By: Gilberta Renteria
Courtroom Deputy

**WARRANT**

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |